# United States District Court
## for the
## District of Minnesota

RECEIVED BY MAIL
JUL 27 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Sentiment Man known as Petro Siruk, )
)
Sentiment Woman known as Marina Y. Siruk, ) **Case Type:** Wrongdoing, harm, injury, trespass
)
                     Plaintiff(s), )
) **CLAIM**
against )
)
David Cofman – man, )      Case No. 20-cv-1639 NEB/DTS
James Robert Chan – man, )
ServeRights Pros )      Judge _____
)
                     Defendant(s). ) **JURY TRIAL DEMAND**
)

SCANNED
JUL 27 2020
U.S. DISTRICT COURT ST. PAUL

## CLAIM

### 1. JURISDICTION

This Court enjoys subject matter jurisdiction over the claims asserted by reason of **28 U.S.C. § 1331** The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Defendants exercised willful wrongdoing, which is unlawful action against basic fundamentals rights promised in the U.S. Constitution, and the amount exceed $75,000.

### 2. PARTIES

Sentiment Man known as Petro Siruk, resides at 12410 Rolling Ridge Rd, Becker MN 55308 and Sentiment Woman known as Marina Y. Siruk resides at 12410 Rolling Ridge Rd, Becker MN 55308.

Defendant, At all relevant times, Defendant James Robert Chan is a Minnesota resident, residing at 11045 Grand Lake Rd Cold Spring MN 56320. Attached hereto as Exhibit B and incorporated herein by this reference is a true and correct the copy of the Becker Police Report.

Joint-Defendant, At all relevant times, Defendant David Cofman is the Minnesota resident and President of SERVERIGHT PROS located at the 3141 Fernbrook Lane N, Suite 101, Plymouth, Minnesota 55447-5544. Attached hereto as Exhibit A and incorporated herein by this reference is a true and correct the copy of the Minnesota Secretary of State's report evidencing same.

Joint-Defendant, At all relevant times, Defendant SERVERIGHT PROS is a Minnesota Company according to Minnesota Secretary of State **File Number** 935480700021 and principal place of business is located at 3141 Fernbrook Lane N, Suite 101 Plymouth, Minnesota 55447-5544, United States.

Attached hereto as Exhibit A and incorporated herein by this reference is a true and correct the copy of the Minnesota Secretary of State's report evidencing same.

## 3. STATEMENT OF THE CLAIM

- Plaintiffs are grieved sentiment man and sentiment woman.
- Plaintiffs are sentiment beings who are manifested in flesh and blood.
- Plaintiffs actually feel pain, and other emotions.
- Plaintiff's in good faith had no other reasonable option but to file this claim in this courthouse.
- Defendants willingly and knowingly have trespassed on plaintiffs fundamental rights.
- Defendants willingly and knowingly caused physical injury to plaintiff.
- Defendants willingly and knowingly caused emotional pain to plaintiffs.
- Defendants willingly and knowingly placed plaintiffs life in direct danger.
- Defendants conscious willful action caused deprivation of sleep of plaintiffs.
- Defendants willingly and knowingly caused mental anguish to plaintiff.
- Defendants engaged in willful wrongdoing.
- Defendants willingly and knowingly refused to justly compensate.

## 4. RELIEF

Plaintiff's demand judgment against defendants as follows:

1. For damages amount of $2,000,000;
2. Jury decide punitive damages;
3. For such further and additional relief as the Court deems just, fair and equitable;
4. Have Defendant James Robert Chan be ordered to undergo mental and psychological medical examination.
5. Have Defendant James Robert Chan ordered to take anger management wellness class.


I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21th day of July, 2020

/s/V.I. Petro Siruk, All Rights Reserved


I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21th day of July, 2020

/s/V.I. Marina Y. Siruk, All Rights Reserved